Case 1:06-cr-10278-JLT   Document 37   Filed 07/22/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>        )<br>v. )<br>        )<br>JAMES YOUNG DORMAN, )<br>        Defendant, )<br>        )<br>STAPLES EXECUTIVE )<br>RETIREMENT PLAN, )<br>        Garnishee. )<br>        ) | Criminal Docket No.<br>1:06-CR-10278-JLT-1 |

## ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), this Court hereby orders the Staples Executive Retirement Plan, the garnishee in the above-captioned matter, to pay over 40% of the total proceeds in the account of James Young Dorman with the Staples Executive Retirement Plan to the Clerk of the United States District Court for the District of Massachusetts to be applied to the defendant's outstanding criminal restitution balance.

Dated: 7/24/08

JOSEPH L. TAURO
U.S. DISTRICT COURT JUDGE
DISTRICT OF MASSACHUSETTS